AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 17-cv-03753-SK

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  B.B., a minor

was received by me on *(date)*        08/01/2017        .

☑ I personally served the summons on the individual at *(place)*  Napa County Juvenile Hall Courthouse

2350 Old Sonoma Road, Napa, California        on *(date)*     08/02/2017      ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____        on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $     50.00     for travel and $     100.00     for services, for a total of $     150.00     .

I declare under penalty of perjury that this information is true.

Date:     08/03/2017

_____
Server's signature

Jim Delaney
*Printed name and title*

PO Box 5201
El Dorado Hills, CA 95762

_____
*Server's address*

Additional information regarding attempted service, etc:

I also personally served B.B.'s parent or guardian on 8/2/17 at the Napa County Juvenile Hall Courthouse at 2350 Old Sonoma Road, Napa, California. B.B's parent or guardian removed the papers from B.B.'s hand and threw the papers on the floor.