1  Eugene B. Elliot, State Bar No. 111475
   Ethan M. Lowry, State Bar No. 278831
2  Nicole L. Phillips, State Bar No. 306686
   BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
3  The Waterfront Building
   2749 Hyde Street
4  San Francisco, California 94109
   Telephone: (415) 353-0999
5  Facsimile:  (415) 353-0990
   Email:      eelliot@bfesf.com
6

7  Attorneys for Defendant
8  NAPA VALLEY UNIFIED SCHOOL DISTRICT, ANNIE PETRIE,
   TROY MOTT, GERALD HARRIS and JESUS MARTINEZ
9

10

11                UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13  B. DOE, a minor, by and through his Guardian,    Case No. 3:17-cv-03753-SK
    KERRIE WAGNER,
14                                                    **STIPULATION TO EXTEND TIME TO**
                                                      **RESPOND TO COMPLAINT**
15          Plaintiff,

16  v.

17  NAPA VALLEY UNIFIED SCHOOL
    DISTRICT; ANNIE PETRIE; TROY MOTT;
18  GERALD HARRIS; JESUS MARTINEZ; J.T.;
    D.O.; B.B.; J.Z.; R.J.; JOHN TORRES;
19  FLORA TORRES; and, DOES 1 through 100,
    inclusive,
20

21          Defendants.                              **Hon. Sallie Kim**

22

23

24

25

26

27

28

1   Plaintiff B. DOE, a minor, by and through his Guardian, KERRIE WAGNER filed his complaint

2   in the above captioned action on June 29, 2017.

3   Defendants NAPA VALLEY UNIFIED SCHOOL DISTRICT (the "DISTRICT"); ANNIE

4   PETRIE; TROY MOTT; GERALD HARRIS; and JESUS MARTINEZ (collectively "DEFENDANTS")

5   were served with the complaint on dates from approximately July 7, 2017 and July 12, 2017.  Responsive

6   pleadings were due between approximately July 28, 2017 and August 2, 2017.

7   Counsel for the DISTRICT, Ethan M. Lowry, previously met and conferred with Plaintiff's

8   counsel to obtain on behalf of the DISTRICT and the individually named DEFENDANTS extensions of

9   time to respond to the complaint up to and including August 22, 2017 in order to allow final

10  determinations to be made regarding representation of the individually named DEFENDANTS.

11  The parties acting by and through their counsel of record conducted a telephone conference call

12  on Thursday, August 18, 2017 to meet and confer regarding DEFENDANTS' anticipated motion to

13  dismiss and grounds therefor.  The parties are continuing to meet and confer regarding a potential

14  amendment of the complaint in order to avoid the time and expense of a motion to dismiss.  The parties

15  therefore agreed it would benefit both sides for additional time to complete the meet and confer process

16  before defendants filed their responsive pleading to the Complaint.

17  On August 18, 2017, the parties agreed to an extension of time to file a responsive pleading to

18  August 29, 2017.

19  There has been one prior time modification in this case.

20  All parties thus hereby stipulate and agree that the time by which all DEFENDANTS may file

21  and serve responses to the Complaint shall be extended from the current response date of August 22,

22  2017 to August 29, 2017, pursuant to Northern District of California Local Rule 6-1.

23  Pursuant to Local Rule 6-1, this stipulation will not alter the date of any event or any deadline

24  already fixed by Court in its Order Setting Initial Case Management Conference and ADR Deadlines.

25  [Docket No. 4.]

26  //

27  //

28  //

1

1       It is so stipulated and agreed.

2

3   Dated:  August 21, 2017                  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

4

5                                          By:  _____*/s/ Ethan Lowry*_____

6                                             Eugene B. Elliot
                                            Ethan M. Lowry

7                                             Attorneys for Defendants
                                          NAPA VALLEY UNIFIED SCHOOL DISTRICT,
                                          ANNIE PETRIE, TROY MOTT, GERALD HARRIS

8                                           and JESUS MARTINEZ

9

10  Dated:  August 21, 2017                  FLESHER SCHAFF & SCHROEDER, INC.

11

12                                          By:  _____*/s/ Jason Schaff*_____

13                                             Jacob D. Flesher
                                            Jason W. Schaff

14                                           Attorneys for Plaintiff
                                          B. DOE, a minor, by and through his Guardian,

15                                           KERRIE WAGNER

16                               **ATTORNEY ATTESTATION**

17       I hereby attest that I have on file all holograph signatures for any signatures indicated by a

18 conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel

19 to show their signature on this document as /s/.

20

21 Dated:  August 21, 2017

22                                       By:  _____*/s/ Ethan Lowry*_____
                                          Ethan M. Lowry

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
USDC Case No.: 3:17-cv-03753-SK