JACOB D. FLESHER – SBN 210565
JEREMY J. SCHROEDER- SBN 223118
JASON W. SCHAFF – SBN 244285
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone:     (916) 672-6558
Facsimile:      (916) 672-6602

Attorneys for plaintiff,
B. DOE, a minor, by and through his Guardian,
KERRIE WAGNER

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| B. DOE, a minor, by and through his Guardian, KERRIE WAGNER,<br><br>Plaintiff,<br><br>vs.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity; ANNIE PETRIE, an individual; TROY MOTT, an individual; GERALD HARRIS, an individual; JESUS MARTINEZ, an individual; J.T., an individual minor; B.B., an individual minor; J.Z., an individual minor; R.J., an individual minor; JOHN TORRES, an individual; FLORA TORRES, an individual; and DOES 1 through 100, inclusive,<br><br>Defendants. | **CASE NO. 3:17-CV-03753-SK**<br><br>*Complaint filed: 6/29/17*<br>*Trial Date: n/a*<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO REMOVE INCORRECTLY FILED DOCUMENT: DOCKET ITEM NO. 16**<br><br>**DATE:** *No Hearing Requested*<br>**TIME:  N/A**<br>**MAGISTRATE JUDGE SALLIE KIM** |

THE COURT, having considered plaintiff, B.DOE's Motion to Remove Incorrectly Filed Document, being a Proof of Service of Summons and Complaint on the parent or guardian of individual minor, B.B., Docket No. [16], finding the document was erroneously filed as service was not properly effectuated, ORDERS AS FOLLOWS:

Docket No. [16] shall be permanently deleted from the docket. The Court hereby directs the clerk to delete Docket No. [16].

DATED:     August 28, 2017                    /s/ Sallie Kim
                                                              SALLIE KIM, United States Magistrate Judge