UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE,<br><br>        Plaintiff,<br><br>   v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No. 17-cv-03753-SK  (MEJ)<br><br>**CLERK'S NOTICE CONFIRMING SETTLEMENT CONFERENCE DATE AND SCHEDULING A FURTHER SETTLEMENT CONFERENCE** |

The Court is confirming that a Settlement Conference is presently scheduled for **November 17, 2017 at 10:00 a.m.** The Court is also scheduling a **further Settlement Conference to take place on December 1, 2017 at 10:00 a.m**. Settlement Conference statements shall be **LODGED**, with Chambers, for the November 17, 2017, **no later than November 10, 2017**. The Settlement Statements shall also be sent to the following email address: mejpo@cand.uscourts.gov

Depending on the outcome of the first Settlement Conference, the Court may or may not require further Settlement Statements for the December 1, 2017 Conference.

If the parties have any questions please contact the Courtroom Deputy, Rose Maher, at 415-522-4708.

Dated: October 18, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Rose Maher, Deputy Clerk to the
Honorable MARIA-ELENA JAMES
415-522-4708