Eugene B. Elliot, State Bar No. 111475
Ethan M. Lowry, State Bar No. 278831
Nicole L. Phillips, State Bar No. 306686
Patrick A. Tuck, State Bar No. 305718
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile:  (415) 353-0990
Email:       eelliot@bfesf.com

Attorneys for Defendants
NAPA VALLEY UNIFIED SCHOOL DISTRICT, ANNIE PETRIE,
TROY MOTT, GERALD HARRIS and JESUS MARTINEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE, a minor, by and through his Guardian, KERRIE WAGNER,<br><br>    Plaintiff,<br><br>v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT; ANNIE PETRIE; TROY MOTT; GERALD HARRIS; JESUS MARTINEZ; J.T.; D.O.; B.B.; J.Z.; R.J.; JOHN TORRES; FLORA TORRES; and, DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. 3:17-cv-03753-SK<br><br>**STIPULATION TO CONTINUE INITIAL DISCLOSURE DEADLINE**<br><br><br><br><br><br><br><br><br><br>**Hon. Sallie Kim** |

IT IS HEREBY STIPULATED AND REQUESTED BY the parties to the above-captioned matter that the parties be permitted to serve and exchange Initial Disclosures two weeks beyond the October 20, 2017 deadline set by the Court in its Case Management Conference Minute Entry [Docket No. 40].

Due to the recent fires in the Napa area, the Napa Valley Unified School District has been closed since Monday (October 9, 2017), and is not scheduled to reopen until Monday, October 23, 2017, at the

1  earliest. This has greatly impaired counsel for the District's ability to contact its clients, obtain the
2  necessary documents and information, and prepare them for disclosure.
3     The parties hereby stipulate and request that this Court permit the parties to exchange Initial
4  Disclosures on or before November 3, 2017.
5     This two-week extension will not impact any other currently scheduled dates in this matter.
6
7  Dated: October 18, 2017                FLESHER SCHAFF & SCHROEDER
8
9                                         By:   */s/ Jason Schaff*
                                                Jacob D. Flesher
10                                              Jason W. Schaff
                                                Attorneys for Plaintiff
11                                              B. DOE

12 Dated: October 18, 2017                BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
13
14                                        By:   */s/ Ethan Lowry*
                                                Eugene B. Elliot
15                                              Ethan M. Lowry
                                                Attorneys for Defendants
16                                              NAPA VALLEY UNIFIED SCHOOL DISTRICT,
                                                ANNIE PETRIE, TROY MOTT, GERALD HARRIS
17                                              and JESUS MARTINEZ

18 Dated: October 18, 2017                BURNHAM BROWN
19
20                                        By:   */s/ Gerald Carroll*
                                                Gerald K. Carroll
21                                              Attorneys for Defendants
                                                J.T., JOHN TORRES and FLORA TORRES
22
23
   Dated: October 18, 2017                TARKINGTON O'NEILL BARRACK & CHONG
24
25
                                          By:   */s/ Malcolm Barrack*
26                                              Norman L. Chong
                                                Malcolm E. Barrack
27                                              Attorneys for Defendant
                                                R.J.
28

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this Stipulation as /s/.

Dated: October 18, 2017     By:  */s/ Ethan Lowry*
                                  Ethan M. Lowry

October 19, 2017



STIPULATION TO CONTINUE INITIAL DISCLOSURE DEADLINE
USDC Case No.: 3:17-cv-03753-SK