UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE,<br><br>          Plaintiff,<br><br>    v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>          Defendants. | Case No. 17-cv-03753-SK<br><br>**ORDER CONTINUING HEARING ON PENDING MOTIONS**<br><br>Regarding Docket Nos. 42, 43 |

Defendants Napa Valley School District, Annie Petrie, Troy Mott, Gerald Harris and Jesus Martinez filed a motion to dismiss and a motion to strike and noticed them both to be heard on November 13, 2017. The Court HEREBY CONTINUES the hearing on these pending motions to February 12, 2018, and CONTINUES the further case management conference to February 12, 2018 at 9:30 a.m. as well. If the Court later determines that the motions may be heard on the papers and vacates the hearing on the pending motions, the further case management conference will be moved to February 12, 2018 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: October 25, 2017

_Sallie Kim_
_____
SALLIE KIM
United States Magistrate Judge