1
2
3
4     UNITED STATES DISTRICT COURT
5     NORTHERN DISTRICT OF CALIFORNIA
6

| | |
|---|---|
| B. DOE,  Plaintiff,  v.  NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,  Defendants. | Case No. 17-cv-03753-SK  (MEJ)  **CLERK'S NOTICE VACATING SETTLEMENT CONFERENCE DATES** |

PLEASE TAKE NOTICE: The Settlement Conferences **presently scheduled for January 9th, 12th and 23rd, 2018 are hereby VACATED**.  The parties have been given various new dates by the Courtroom Deputy which are available.  Counsel shall contact the Courtroom Deputy once they have all agreed on a Settlement Conference date.

Dated: December 27, 2017

Susan Y. Soong
Clerk, United States District Court

By: _____
Rose Maher, Deputy Clerk to the
Honorable MARIA-ELENA JAMES
415-522-4708

United States District Court
Northern District of California