United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE,<br><br>        Plaintiff,<br><br>    v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>        Defendants. | Case No. 17-cv-03753-SK<br><br>**ORDER RELATING CASES** |

In the joint case management statement, defendant Napa Valley Unified School District and the individual defendants who are employees for the Napa Valley Unified School District requested that another case filed in this district – *Doe v. Napa Valley Unified School District, et al.*, Case No. 18-cv-0962-JSC – be consolidated with the above captioned matter. Upon comparing the complaints in the two actions, the Court finds that *Doe v. Napa Valley Unified School District, et al.*, Case No. 18-cv-0962-JSC, is related to the above captioned matter and HEREBY ORDERS that it shall be reassigned to the undersigned. If the parties contend that these two matters should be consolidated, they should file a stipulation, or a motion if all parties do not agree, to consolidate these actions.

**IT IS SO ORDERED**.

Dated: March 12, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge