Mandy G. Leigh (SBN #225748)
mleigh@leighlawgroup.com
Jay T. Jambeck (SBN #226018)
jjambeck@leighlawgroup.com
Damien B. Troutman (SBN #286616)
dtroutman@leighlawgroup.com
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

*Attorneys for Cross-Complainant*
J.T., a minor, by and through his Parents, JOHN and FLORA TORRES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE, a minor, by and through his Guardian, KERRIE WAGNER,<br><br>     Plaintiff,<br><br>v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity; ANNIE PETRIE, an individual; TROY MOTT, an individual; GERALD HARRIS, an individual; JESUS MARTINEZ, an individual; J.T., an individual minor; D.O., an individual minor; B.B., an individual minor; J.Z., an individual minor; R.J., an individual minor; JOHN TORRES, an individual; FLORA TORRES, an individual; and, DOES 1 through 100, inclusive,<br><br>     Defendants.<br>_____<br>J.T., a minor, by and through his Parents, JOHN and FLORA TORRES,<br><br>     Crossclaimant,<br><br>v. | No. 3:17-CV-03753-SK<br><br>**STIPULATION FOR EXTENSION OF BRIEFING SCHEDULE ON CROSSDEFENDANTS' 12(b)(6) MOTION TO DISMISS J.T.'S CROSSCLAIMS and [proposed] ORDER**<br><br>**Complaint Filed**: 06/29/2017<br>**Crossclaim Filed**: 12/08/2017<br>**Trial Date**: Not yet set |

NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity; ANNIE PETRIE, an individual;

Cross-Defendants

NAPA VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION, a public entity; PATRICK SWEENEY, an individual; MIKE MANSUY, an individual; DREW HERRON, an individual; MARK MORRISON, an individual; BRIAN MARCHUS, an individual; KAY VANG, an individual; ANGELA GRAMLICK, an individual;

Cross-Defendants.

Crossclaimant/ J.T. ("J.T."), by and through his undersigned counsel, and Cross-Defendants NAPA VALLEY UNIFIED SCHOOL DISTRICT; ANNIE PETRIE; NAPA VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; PATRICK SWEENEY; MIKE MANSUY; DREW HERRON; MARK MORRISON; BRIAN MARCHUS; KAY VANG; ANGELA GRAMLICK (Cross-Defendants) hereby stipulated as follows:

Whereas, Crossclaimant J.T. filed crossclaims against Cross-Defendants on December 8, 2017;

Whereas, Cross-Defendants filed a Federal Rule of Civil Procedure 12(b)(6) motion to dismiss certain of J.T.'s crossclaims on April 11, 2018 [D.E. 113];

Whereas, the Court held a case management conference on April 16, 2018 and entered an order on April 17, 2018 setting the hearing date for Cross-Defendants' motion on June 4, 2018 at 1:30 p.m.;

Whereas, Crossclaimant J.T.'s opposition to the motion to dismiss is presently due on or before April 25, 2018 and Cross-Defendants' reply is due on or before May 2, 2018.

## STIPULATION

As a result of the foregoing, the parties have agreed and hereby stipulate to extending the deadline for Crossclaimant J.T.'s opposition to the Cross-Defendants motion to dismiss to on or before May 9, 2018 and extending the deadline for Cross-Defendants' reply to May 21, 2018.


Dated:  April 20, 2018                     LEIGH LAW GROUP, P.C.

                                           */s/ Jay T. Jambeck*
                                           JAY T. JAMBECK
                                           *Attorney for Crossclaimant* J.T.


Dated:  April 20, 2018

                                           BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

                                           */s/ Ethan M. Lowry*
                                           EUGENE B. ELLIOT
                                           ETHAN M. LOWRY
                                           *Attorneys for Cross-Defendants*


## ATTORNEY ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by plaintiff's counsel to show their signature on this Joint Case Management Statement as /s/.


Dated:  April 20, 2018                     LEIGH LAW GROUP, P.C.

                                           */s/ Jay T. Jambeck*
                                           JAY T. JAMBECK
                                           *Attorneys for Crossclaimant* J.T.

| | |
|---|---|
| 1 | **<u>ORDER</u>** |
| 2 | Having reviewed the stipulation between Crossclaimant J.T. and Cross- |
| 3 | Defendants NAPA VALLEY UNIFIED SCHOOL DISTRICT; ANNIE PETRIE; NAPA |
| 4 | VALLEY UNIFIED SCHOOL DISTRICT BOARD OF EDUCATION; PATRICK SWEENEY; |
| 5 | MIKE MANSUY; DREW HERRON; MARK MORRISON; BRIAN MARCHUS; KAY |
| 6 | VANG; ANGELA GRAMLICK, and for good cause showing, the Court hereby extends the |
| 7 | deadline for Crossclaimant J.T.'s opposition to the Cross-Defendants motion to dismiss to on or |
| 8 | before May 9, 2018 and extends the deadline for Cross-Defendants' reply to May 21, 2018. |
| 9 | IT IS SO ORDERED. |

_____
Hon. Sallie Kim
United States Magistrate Judge