```
 1  Eugene B. Elliot, State Bar No. 111475
    Ethan M. Lowry, State Bar No. 278831
 2  BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
    The Waterfront Building
 3  2749 Hyde Street
    San Francisco, California 94109
 4  Telephone: (415) 353-0999
    Facsimile:  (415) 353-0990
 5  Email:      eelliot@bfesf.com
 6
    Attorneys for Defendants
 7  NAPA VALLEY UNIFIED SCHOOL, ANNIE PETRIE, TROY
    MOTT, GERALD HARRIS, JESUS MARTINEZ, BRIAN KING,
 8  MIKE MANSUY, DREW HERRON, BRIAN MARCHUS, KAY
    VANG, ANGELA GRAMLICK, and MARK MORRISON
 9
10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
13  B. DOE, a minor, by and through his Guardian,    Case No. 3:17-cv-03753-SK
    KERRIE WAGNER,
14                                                   CASE MANAGEMENT STATEMENT ON
           Plaintiff,                                BEHALF OF NAPA VALLEY UNIFIED SCHOOL
15                                                   DISTRICT, ANNIE PETRIE, TROY MOTT,
    v.                                               GERALD HARRIS, JESUS MARTINEZ, BRIAN
16                                                   KING, MIKE MANSUY, DREW HERRON,
    NAPA VALLEY UNIFIED SCHOOL                       BRIAN MARCHUS, KAY VANG, ANGELA
17  DISTRICT; ANNIE PETRIE; TROY MOTT;               GRAMLICK, AND MARK MORRISON
    GERALD HARRIS; JESUS MARTINEZ; J.T.;
18  D.O.; B.B.; J.Z.; R.J.; JOHN TORRES;
    FLORA TORRES; and, DOES 1 through 100,
19  inclusive,

           Defendants.
20  A. DOE, by and through his Guardian Ad
    Litem, N.M.,
21
           Plaintiff,
22
    v.                                               Date:       August 13, 2018
23                                                   Time:       1:30 p.m.
    NAPA VALLEY UNIFIED SCHOOL                       Location:   Courtroom A, 15th Floor
24  DISTRICT, ANNIE PETRIE, TROY MOTT,
    BRIAN KING, GERALD HARRIS, A.W., and
25  DOES 1 through 50, inclusive,

           Defendants.                               Hon. Sallie Kim
26
27
28
```

Pursuant to the Court's order at the Case Management Conference held on March 12, 2018, NAPA VALLEY UNIFIED SCHOOL DISTRICT and the individually named DISTRICT employees (collectively the "DISTRICT") submit their separate Case Management Statement for the Case Management Conference scheduled for August 13, 2018.

The DISTRICT has reached settlements with plaintiffs A. DOE and B. DOE in their respective lawsuits. The DISTRICT has reached a settlement with J.T. and his parents in their crossclaim brought in the B. DOE lawsuit. The DISTRICT has additionally reached settlements with all other known claimants related to the alleged incidents. The parties are working to finalize settlement agreements. Once such agreements are finalized, Plaintiffs and Crossclaimants will file petitions for approval of the minors' compromises accordingly.

Dated: August 6, 2018                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By:  */s/ Ethan M. Lowry*
    Eugene B. Elliot
    Ethan M. Lowry
    Attorneys for Defendants
    NAPA VALLEY UNIFIED SCHOOL DISTRICT,
    ANNIE PETRIE, TROY MOTT, GERALD HARRIS,
    JESUS MARTINEZ, BRIAN KING, MIKE MANSUY,
    DREW HERRON, BRIAN MARCHUS, KAY VANG,
    ANGELA GRAMLICK, and MARK MORRISON