

Jacob D. Flesher
jdf@fsslawfirm.com

August 6, 2018

<u>Via CM/ECF:</u>

The Honorable Sallie Kim
San Francisco Courthouse
450 Golden Gate Avenue
Courtroom A-15th Floor
San Francisco, CA 94102

    RE:   *B. Doe v. Napa Valley Unified School District, et al.*
            **United States District Court Case No. 3:17-cv-03753-SK**
            **Case Management Conference: August 13, 2018**

Dear Judge Kim,

    In anticipation of the August 13, 2018 Case Management Conference, B. Doe has now reached settlements with all defendants following several settlement conferences with Judge James.

    We are prepared to file our minor's compromise but are awaiting two more signatures from counsel agreeing to file our paperwork under seal. We should have the paperwork finished by the end of this week.

    We are asking for a continuance of the Case Management Conference until after the minor's compromise is heard. It is our hope that after the minor's compromise, we should be able to dismiss this action and avoid the need for a further case management conference altogether.

    Thank you for your consideration of this matter.

                          Very Truly Yours,
                          **FLESHER SCHAFF & SCHROEDER, INC.**

                          */s/ Jacob D. Flesher*

                          Jacob D. Flesher