1  JACOB D. FLESHER – SBN 210565
   JASON W. SCHAFF – SBN 244285
2  JEREMY J. SCHROEDER – SBN 223118
   **FLESHER SCHAFF & SCHROEDER, INC.**
3  2202 Plaza Drive
   Rocklin, CA 95765
4  Telephone: (916) 672-6558
   Facsimile: (916) 672-6602
5
6  Attorneys for Plaintiff,
   B. DOE, a minor, by and through his Guardian,
7  KERRIE WAGNER

8                    IN THE UNITED STATES DISTRICT COURT
9                   IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                                     * * *

11 | B. DOE, a minor, by and through his Guardian, | CASE NO. 3:17-cv-03753-SK |
   | KERRIE WAGNER, | *Complaint filed: 6/29/17* |
12 | | *Trial Date: n/a* |
13 |         Plaintiff, | |
14 |     vs. | |
15 | NAPA VALLEY UNIFIED SCHOOL DISTRICT, | **DECLARATION OF JACOB D. FLESHER** |
   | a public entity; ANNIE PETRIE, an individual; | **IN SUPPORT OF MOTION TO FILE** |
16 | TROY MOTT, an individual; GERALD HARRIS, | **MINOR'S COMPROMISE UNDER SEAL** |
   | an individual; JESUS MARTINEZ, an individual; | |
17 | J.T., an individual minor; B.B., an individual | |
   | minor; J.Z., an individual minor; R.J., an individual | |
18 | minor; JOHN TORRES, an individual; FLORA | |
   | TORRES, an individual; and, DOES 1 through 100, | |
19 | inclusive, | |
20 |         Defendants. | |

21      In support of the Motion to File the Petition for Minor's Compromise of Disputed Claim Under Seal,
22 I, Jacob D. Flesher, declare as follows:
23      1.     I am an attorney at law duly licensed to practice before all courts of the State of California
24 and the United State District Court, Northern District of California, and a shareholder in the law firm of
25 Flesher, Schaff & Schroeder, Inc., counsel for Plaintiff B. Doe, a minor, by and through his Guardian,
26 Kerrie Wagner.
27      2.     Plaintiff and the DISTRICT defendants reached a settlement agreement based on a
28

mediator's proposal from Magistrate Judge Maria-Elena James on July 11, 2018.  Confidentiality of the settlement details, including the amount, is a condition of the settlement.

3. Court approval of the settlement of a minor's claim is required.  In order to provide the court with the necessary details to access the fairness and reasonableness of the settlements, the amount of the settlement with the district must be revealed to the Court as well as identifying information and private details regarding the minors involved in this case.

I declare under the penalty of perjury under the laws of the United States of America and the State of California the foregoing is true and correct.  Executed on this 7th day of August, 2018 in Rocklin, California.

/s/ Jacob D. Flesher

JACOB D. FLESHER