WILLIAM C. JOHNSON, ESQ. (State Bar No. 85224)
**BENNETT & JOHNSON, LLP**
1901 Harrison Street, Suite 1600
Oakland, California 94612
Telephone:    (510) 444-5020
Facsimile:    (510) 835-4260
*william@bennettjohnsonlaw.com*

Attorneys for Plaintiff
A. DOE, by and through his Guardian Ad Litem,
N.M.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| A. DOE, by and through his Guardian Ad Litem, N.M.,<br><br>Plaintiffs,<br><br>vs.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity, ANNIE PETRIE, an individual, TROY MOTT, an individual, BRIAN KING, an individual, JERRY HARRIS, an individual, A.W., an individual minor, and DOES 1 through 50, inclusive,<br><br>Defendants, | CASE NO.:  17-cv-03753-SK<br><br>**ORDER APPROVING COMPROMISE OF PENDING ACTION** |

Petitioner N.M., as Guardian ad Litem for plaintiff A. DOE has petitioned the Court for approval of a proposed compromise and settlement of A. Doe's above-entitled pending action. The action to be compromised is against defendants Napa Valley Unified School District, Annie Petrie, Troy Mott, Brian King, Jerry Harris, A.W., Brooks Wristen and Nicole Mason.

The Court finds that the allegations contained in the Petition are true and the settlement of said minor's claim is fair and reasonable, and that it is for the best interest of plaintiff A. Doe that this particular case be settled at this time.  Good cause appearing, the Petition is granted and the

---

1

ORDER APPROVING COMPROMISE OF PENDING ACTIONL

proposed compromise and settlement of A. Doe's pending action and the proposed disposition of the settlement is approved pursuant to the structured settlement agreement the terms and conditions of which are fully set forth in the said Petition.

**IT IS SO ORDERED.**

DATED: August 14, 2018

_____
SALLIE KIM
United States Magistrate Judge