UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____

www.cand.uscourts.gov

Susan Y. Soong                                                    General Court Number
Clerk of Court                                                         415 522-2000

CASE NUMBER: 3:17-cv-03753-SK
CASE TITLE: Doe v. Napa Valley Unified School District et al

REASSIGNMENT ORDER

Magistrate Judge Maria-Elena James retired from the court as of August 31, 2018.

GOOD CAUSE APPEARING THEREFORE,

IT IS ORDERED that this case is reassigned to Magistrate Judge Thomas S. Hixson as the referral judge.

ALL REFERRED MATTERS PRESENTLY SCHEDULED FOR HEARING BEFORE MAGISTRATE JUDGE JAMES ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE MAGISTRATE JUDGE THOMAS S. HIXSON.

ALL OTHER DEADLINES ASSOCIATED WITH THIS CASE REMAIN SET AS PREVIOUSLY ORDERED.

Dated:  September 4, 2018

FOR THE EXECUTIVE COMMITTEE

Susan Y. Soong

_____
CLERK OF COURT