MARIO A. MOYA (State Bar No. 262059)
REBECCA M. HOBERG (State Bar No. 224086)
LAW OFFICE OF MARIO A. MOYA
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: 510.926.6521
Fax: 510.340.9055
Email: mmoya@moyalawfirm.com

Attorneys for Defendant
B.B., a minor

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE, a minor, by and through his Guardian, KERRIE WAGNER,<br><br>Plaintiff,<br><br>v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity; ANNIE PETRIE, an individual, TROY MOTT, and individual; GERALD HARRIS, an individual; JESUS MARTINEZ, an individual; J.T., an individual minor; B.B., an individual minor; J.Z., an individual minor; R.J., an individual minor; JOHN TORRES, an individual; FLORA TORRES, an individual; and, DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:17-CV-03753-SK<br><br>**ORDER GRANTING MOTION FOR PERMISSION TO FILE PETITION TO APPROVE MINOR'S COMPROMISE UNDER SEAL** |

This matter comes before the Court upon consideration of the Motion for Permission to File B.B.'s Petition to Approve Minor's Compromise Under Seal. Having carefully considered the motion, the stipulation by the parties, the legal authority, including but not limited to Civil Local Rules 7-11 and 79-5, and the records in this case, the Court hereby GRANTS the motion.

**IT IS SO ORDERED.**

DATED: October 10, 2018



HON. SALLIE KIM
United States Magistrate Judge