JACOB D. FLESHER – SBN 210565
JASON W. SCHAFF – SBN 244285
JEREMY J. SCHROEDER – SBN 223118
**FLESHER SCHAFF & SCHROEDER, INC.**
2202 Plaza Drive
Rocklin, CA 95765
Telephone: (916) 672-6558
Facsimile: (916) 672-6602

Attorneys for Plaintiff,
B. DOE, a minor, by and through his Guardian,
KERRIE WAGNER

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

\* \* \*

| | |
|---|---|
| B. DOE, a minor, by and through his Guardian, KERRIE WAGNER,<br><br>  Plaintiff,<br><br>  vs.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity; ANNIE PETRIE, an individual; TROY MOTT, an individual; GERALD HARRIS, an individual; JESUS MARTINEZ, an individual; J.T., an individual minor; B.B., an individual minor; J.Z., an individual minor; R.J., an individual minor; JOHN TORRES, an individual; FLORA TORRES, an individual; and, DOES 1 through 100, inclusive,<br><br>  Defendants. | **CASE NO. 3:17-cv-03753-SK**<br>*Complaint filed: 6/29/17*<br>*Trial Date: n/a*<br><br>**ORDER APPROVING COMPROMISE OF PENDING ACTION** |

Petitioner, Kerrie Wagner, as guardian for minor plaintiff B. Doe has petitioned the Court for approval of a proposed compromise and settlement of B. Doe's above-entitled pending action. The action to be compromised is against defendants Napa Valley Unified School District, Annie Petrie, Troy Mott, Gerald Harris, Jesus Martinez, J.T., B.B., J.Z., R.J., John Torres and Flora Torres.

The Court finds that the settlement of said minor's claim is fair, reasonable, and that it is for the best interest of B. Doe that this case be settled at this time. Good cause appearing, the Petition is granted and the proposed compromise and settlement of B. Doe's pending action and the proposed disposition of the settlement is approved pursuant to the structured settlement agreement, the terms and conditions of

which are fully set forth in the Petition. The court further approves the attorney's fees and costs requested in the Petition.  It is also ordered that the settlement funds remaining outside of the structured settlement, attorney's fees, and costs be deposited into a blocked bank account as set forth in the Petition. The Court hereby executes California Judicial Council Form MC-355, ordering the amount specified in the Petition be deposited into a blocked bank account.

     Ms. Wagner is ordered to provide Receipt and Acknowledgement of Order for the Deposit of Money Into Blocked Account (Judicial Council Form MC-356) on or before November 30, 2018.

     **IT IS SO ORDERED.**

DATED: October 16, 2018

_____
SALLIE KIM
United States Magistrate Judge