IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| B. DOE, a minor, by and through his Guardian, KERRIE WAGNER,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, a public entity; ANNIE PETRIE, an individual; TROY MOTT, an individual; GERALD HARRIS, an individual; JESUS MARTINEZ, an individual; J.T., an individual minor; B.B., an individual minor; J.Z., an individual minor; R.J., an individual minor; JOHN TORRES, an individual; FLORA TORRES, an individual; and, DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | Case No. 3:17-CV-03753-SK<br><br>ORDER APPROVING PETITION TO COMPROMISE DISPUTED CLAIM OF MINOR B.B. |

　　　　Petitioners Parent 1 (Father) and Parent 2 (Mother), as parents and general guardians of defendant/claimant B.B., have petitioned the Court for approval of a proposed compromise and settlement of B.B.'s claims against defendants Napa Valley Unified School District and several of its officials and employees.

　　　　The Court finds that the settlement of said minor's claims is fair and reasonable, and that it is for the best interest of claimant B.B. that these particular claims be settled at this time.

Good cause appearing, the Petition is granted and the proposed compromise and settlement of B.B.'s pending claims and the proposed disposition of the settlement is approved pursuant to the terms and conditions fully set forth in the Petition.

**IT IS SO ORDERED.**

DATED: October 16, 2018   _____
HON. SALLIE KIM
United States Magistrate Judge