UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-03753-SK<br><br>**ORDER TO SHOW CAUSE BY J.T.'S COUNSEL**<br><br>Regarding Docket Nos. 199, 203 |

On October 16, 2018, this Court noted that, although the Court had granted J.T.'s motion to file a petition under seal, J.T. had not yet filed the petition for approval of his minor's compromise. The Court admonished J.T. to file his petition by no later than October 22, 2018. J.T. did not comply with this deadline.

On November 19, 2018, the Court noted again that J.T. had not yet filed his petition. The Court set a deadline of November 21, 2018 for J.T. to file his petition and admonished J.T. that his failure to comply with this deadline would result in sanctions, payable by his counsel. Yet again, J.T. missed the deadline. Therefore, the Court HEREBY ORDERS J.T.'s counsel to Show Cause in writing by no later than November 28, 2018 why counsel should not be sanctioned in the amount of $500 for repeatedly failing to comply with the Court's deadlines.

///

///

///

///

The Court FURTHER ORDERS that J.T. shall file his petition for approval of his minor's compromise under seal by no later than **noon on November 28, 2018**. Failure to comply with this deadline will result in further sanctions, payable by Plaintiff's counsel.

**IT IS SO ORDERED**.

Dated: November 26, 2018

_____
SALLIE KIM
United States Magistrate Judge