UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| B. DOE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>NAPA VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-03753-SK<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND CONDITIONALLY DISMISSING ACTION**<br><br>Regarding Docket No. 207 |

The Court has reviewed the response to the Order to Show Cause ("OSC") filed by J.T.'s counsel. The Court HEREBY DISCHARGES the OSC and will not issue sanctions. However, J.T.'s counsel is admonished that it is their responsibility to familiarize themselves with the Court rules and procedures.

In light of the settlements between all parties in this matter, **IT IS HEREBY ORDERED** that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within **sixty** days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

    **IT IS SO ORDERED**.

Dated: November 29, 2018

*Sallie Kim*
_____
SALLIE KIM
United States Magistrate Judge